**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 30, 2025

Mr. Christopher A. Chekan
McTavish Law
41000 Woodward Avenue
Suite 350 E.
350 East
Bloomfield Hills, MI 48304

Re: Case No. 24-1794*, Adam Foust v. General Motors, LLC, et al*
Originating Case No.: 2:23-cv-13257

Dear Mr. Chekan,

The enclosed motion that the appeal be heard en banc is being returned to you unfiled.

Pursuant to FRAP 40(g), a petition for initial en banc hearing is due not later than the date when its principal brief is due. Therefore, the petition is not accepted for filing.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Donald Campbell Bulea