McTAVISH LAW

**www.mctavishlaw.com**

---

18 November 2025

U.S. Court of Appeals for the Sixth Circuit
Attention: Ms. Angie Ferguson, Calendar Clerk
100 East Fifth Street, Room 540
Cincinnati, OH 45202-3988

Re: *Adam Foust v. General Motors LLC and Jon Diewald*
Sixth Circuit Court of Appeal Case No.: 24-1794

Dear Ms. Ferguson:

Further to your email to counsel this past-Wednesday, 12 November 2025, please be advised that presently I am unavailable on the following dates between January and June 2026:

- January 9th, 12th, 15th, 26th, and 30th;
- February 15th, 17th, 23rd, and 27th;
- March 1st, and 12th; and,

- April 12th, 13th to 17th, 20th, and 27th-30th.

Sincerely yours,

*Christopher A. Chekan*

**U.S. Office**
41000 Woodward, Suite 350 East
Bloomfield Hills, MI 48304
Tel: (248) 289-7096

**Canada Office**
C F Toronto Eaton Centre
One Dundas Street, Suite 2500
Toronto, ON M5G 1Z3
Tel: (248) 289-7096