## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  February 02, 2026

Mr. Donald Campbell Bulea
Ms. Mami Kato
Ogletree Deakins
34977 Woodward Avenue
Suite 300
Birmingham, MI 48009

Mr. Christopher A. Chekan
McTavish Law
41000 Woodward Avenue
Suite 350 E.
350 East
Bloomfield Hills, MI 48304

Re:    Case No. 24-1794, *Adam Foust v. General Motors, LLC, et al*
       Originating Case No. 2:23-cv-13257

Dear Counsel,

   The Court issued the enclosed opinion today in this case.

   Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                          Sincerely yours,

                          s/Cathryn Lovely
                          Opinions Deputy

cc: Ms. Kinikia D. Essix


Enclosures

Mandate to issue