UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-1794

ADAM FOUST,

    Plaintiff - Appellant,

    v.

GENERAL MOTORS, LLC; JON DIEWALD,

    Defendants - Appellees.

**FILED**
Feb 02, 2026
KELLY L. STEPHENS, Clerk

Before:  CLAY, KETHLEDGE, and BUSH, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's order is VACATED, and the case is REMANDED for application of the proper pleading standard.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_

Kelly L. Stephens, Clerk